Michael T. BENSON, Plaintiff–Appellant,

v.

Tommy G. THOMPSON, Secretary of Health and Human Services, Defendant–Appellee.

No. 04–1599.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 1, 2004.

Decided: Oct. 27, 2004.

Michael T. Benson, Appellant pro se.

Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael T. Benson appeals the district court's orders granting summary judgment to Defendant and denying Benson's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Benson v. Thompson,* No. CA–02–3626–MJG (D. Md. Mar. 22, 2004; Apr. 1, 2004). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*